Opinion by TILSON, J. The record showed that certain of the items consist of hemp hats similar in all material respects to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218). The claim at 25 percent under paragraph 1504 (b) (1) was therefore sustained.

**No. 48532.**—Protests 621993–G, etc., of Banca Commercial Italiana et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JULY 9, 1943

**No. 48533.**—Protests 730132–G (B), etc., of Galvanoni & Nevy Brothers et al. (New York).

Opinion by KEEFE, J. It was stipulated by counsel that certain of the cheese in question is similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706, and Abstract 42146). In accordance therewith the protests were sustained to this extent.

**No. 48534.**—Protests 679332–G, etc., of F. Musco & Sons et al. (New York).

Opinion by KEEFE, J. It was stipulated by counsel that certain of the cheese in question is similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706, and Abstract 42146). In accordance therewith the protests were sustained to this extent.

**No. 48535.**—Protests 17942–K, etc., of M. Kokolari et al. (New York).

Opinion by KEEFE, J. It was stipulated by counsel that certain of the cheese in question is similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706, and Abstract 42146). In accordance therewith the protests were sustained to this extent.

**No. 48536.**—Protests 96035–K, etc., of Calarco Importing Co. et al. (New York).

Opinion by KEEFE, J. It was stipulated that the Provolone cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706). In accordance therewith, and in view of Abstracts 40880 and 41794, the claim for an allowance of 2½ percent was sustained.